ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
PAMELA L. McGAHA
Nevada Bar No. 8181
E-Mail: Pamela.McGaha@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No 14198
E-Mail: Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| BAO-TRAN ABBIE NGUYEN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation; DOE EMPLOYEES I-V and ROE COMPANIES I-V,<br><br>Defendants. | CASE NO.: 2:21-282-JAD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT** |

COMES NOW DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm" or "Defendant"), by and through its counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, and PLAINTIFF, BAO-TRAN ABBIE NGUYEN, by and through her counsel of record, VAN LAW FIRM, hereby stipulate and agree that the time for Defendant to file its Answer to Plaintiff's Complaint be extended as set forth herein.

Defendant State Farm's Answer is currently due February 26, 2021. The parties hereby stipulate that the due date for Defendant's Answer be extended to March 12, 2021.

/ / /

4823-7354-0318.1

**Reason for Extension**

Because of the complexity and extent of the allegations and claims made in Plaintiff's Complaint, Defendant requires additional time to prepare its Answer to Plaintiff's Complaint. This stipulation is made in good faith and not for the purpose of delay.

This is the first extension of time requested for filing Defendant's response to Plaintiff's Complaint.

| DATED this 25th day of February, 2021. | DATED this 25th day of February, 2021. |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH | VAN LAW FIRM |
| */s/ Pamela L. McGaha* | */s/ Gabriel Czop* |
| ROBERT W. FREEMAN<br>Nevada Bar No. 3062<br>PAMELA L. MCGAHA<br>Nevada Bar No. 8181<br>E. MATTHEW FREEMAN<br>Nevada Bar No 14198<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>Attorneys for Defendant | GABRIEL CZOP<br>Nevada Bar No. 14697<br>MELINDA WEAVER<br>Nevada Bar No. 11481<br>1290 S. Jones Blvd.<br>Las Vegas, Nevada 89146<br>Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED.

Dated this 25th day of February, 2021.

_____
U.S. MAGISTRATE JUDGE