ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
PAMELA L. McGAHA
Nevada Bar No. 8181
E-Mail: Pamela.McGaha@lewisbrisbois.com
E. MATTHEW FREEMAN
Nevada Bar No 14198
E-Mail: Matt.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| BAO-TRAN ABBIE NGUYEN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation; DOE EMPLOYEES I-V and ROE COMPANIES I-V,<br><br>Defendants. | CASE NO.: 2:21-282-JAD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT** |

COMES NOW DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm" or "Defendant"), by and through its counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, and PLAINTIFF, BAO-TRAN ABBIE NGUYEN, by and through her counsel of record, VAN LAW FIRM, hereby stipulate and agree that the time for Defendant to file its Answer to Plaintiff's Complaint be extended as set forth herein.

Defendant State Farm's Answer is currently due March 12, 2021. The parties hereby stipulate that the due date for Defendant's Answer be extended to March 26, 2021.

/ / /

4836-8537-2896.1

**Reason for Extension**

Because of the complexity and extent of the allegations and claims made in Plaintiff's Complaint, Defendant requires additional time to prepare its Answer to Plaintiff's Complaint. This stipulation is made in good faith and not for the purpose of delay.

This is the second extension of time requested for filing Defendant's response to Plaintiff's Complaint.

DATED this 12th day of March, 2021.   DATED this 12th day of March, 2021.

LEWIS BRISBOIS BISGAARD & SMITH   VAN LAW FIRM

/s/ Pamela L. McGaha   /s/ Gabriel Czop
ROBERT W. FREEMAN   GABRIEL CZOP
Nevada Bar No. 3062   Nevada Bar No. 14697
PAMELA L. MCGAHA   MELINDA WEAVER
Nevada Bar No. 8181   Nevada Bar No. 11481
E. MATTHEW FREEMAN   1290 S. Jones Blvd.
Nevada Bar No 14198   Las Vegas, Nevada 89146
6385 S. Rainbow Boulevard, Suite 600   Attorneys for Plaintiff
Las Vegas, Nevada 89118
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated this 15th day of March, 2021.

_____
U.S. MAGISTRATE JUDGE

4836-8537-2896.1                                     2