GABRIEL CZOP, ESQ.
Nevada Bar No. 14697
JOSEPH ORTUNO, ESQ.
Nevada Bar No. 11233
**VAN LAW FIRM**
1290 S. Jones Blvd.
Las Vegas, NV 89146
T: (702) 529-1011
F: (702) 800-4662
gabriel@vanlawfirm.com
joseph@vanlawfirm.com
*Attorneys for Plaintiff Bao-Tran Abbie Nguyen*

1290 S. Jones Blvd., Las Vegas, NV 89146
Phone: (702) 529-1011 Fax: (702) 800-4662
Email: info@vanlawfirm.com
VAN LAW FIRM

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

BAO-TRAN ABBIE NGUYEN, an individual,

Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign corporation, DOE EMPLOYEES I-V, and ROE COMPANIES I-V,

Defendants.

CASE NO.: 2:21-cv-00282-JAD-VCF

**STIPULATION AND ORDER TO DISMISS THE SECOND, THIRD AND FOURTH CAUSES OF ACTION AND PARAGRAH NO. 5 OF THE PRAYER FOR RELIEF FOR PUNITIVE DAMAGES (PG. 9, LINE 11) OF THE COMPLAINT WITHOUT PREJUDICE**

**AND**

**REMAND TO STATE COURT**

ECF No. 11

IT IS HEREBY STIPULATED by and between Plaintiff BOA-TRAN ABBIE NGUYEN, an individual, by and through her counsel of record. GABRIEL CZOP, ESQ., and JOSEPH ORTUNO, ESQ., of the VAN LAW FIRM, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, ROBERT W. FREEMAN, ESQ., PAMELA L. McGAHA, ESQ., and E. MATTHEW FREEMAN, ESQ., of LEWIS BRISBOIS BISGAARD & SMITH, LLP, hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED** that Plaintiff's second, third and fourth causes of action against Defendant, contained in her Complaint and Demand for Jury Trial shall be dismissed without prejudice.

**IT IS HEREBY FURTHER STIPULATED** that Paragraph No. 5 of the Prayer for Relief for punitive damages (Pg. 9, line 11) of the Complaint and Demand for Jury Trial on file herein shall

be dismissed without prejudice.

**IT IS HEREBY FURTHER STIPULATED** that this matter be remanded to the Eighth Judicial District Court in Clark County, Nevada.

DATED this 4th of May, 2021.

**VAN LAW FIRM**

*/s/ Gabriel Czop*
GABRIEL CZOP, ESQ.
Nevada Bar No. 14697
JOSEPH ORTUNO, ESQ.
Nevada Bar No. 11233
1290 S. Jones Blvd.
Las Vegas, NV 89146
T: (702) 529-1011
F: (702) 800-4662
gabriel@vanlawfirm.com
joseph@vanlawfirm.com
*Attorneys for Plaintiff Bao-Tran Abbie Nguyen*

DATED this 4th of May, 2021.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ Pamela L. McGaha*
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
PAMELA L. McGAHA, ESQ.
Nevada Bar No. 8181
E-Mail: Pamela.McGaha@lewisbrisbois.com
E. MATTHEW FREEMAN, ESQ.
Nevada Bar No 14198
Matt.Freeman@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

**ORDER**

Based on the parties' stipulation [ECF No. 11] and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's second, third and fourth causes of action, and paragraph 5 of the prayer for relief are DISMISSED without prejudice. Because federal jurisdiction is now lacking, IT IS FURTHER ORDERED that this case is REMANDED back to the Eighth Judicial District Court Case No. A-21-827498-C, Department 5, and the Clerk of Court is directed to CLOSE THIS CASE.

U.S. District Judge Jennifer A. Dorsey
Dated: May 11, 2021

VAN LAW FIRM
1290 S. Jones Blvd., Las Vegas, NV 89146
Phone: (702) 529-1011 Fax: (702) 800-4662
Email: info@vanlawfirm.com